1 Erika Bailey Drake (SBN 248034)
  edrake@drakeanddrake.com
2 Roger D. Drake (SBN 237834)
  rdrake@drakeanddrake.com
3 23679 Calabasas Road, Suite 403
  Calabasas, California 91302
4 Telephone: 818.438.1332
  Facsimile: 818.854.6899
5 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA WHEELER, | ) |
| | ) CASE NO.: 2:13-cv-08007-JC |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ELEVEN DOLLARS AND 00/100 ($3,011.00) and costs in the amount of FOUR HUNDRED FIFTY DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: June 25, 2014        /s/
                            HONORABLE JACQUELINE CHOOLJIAN
                            UNITED STATES MAGISTRATE JUDGE

-1-